## People of State of Illinois, Defendant in Error, v. Ruth Brophy, Plaintiff in Error.

### Gen. No. 46,819. (Abstract of Decision.)

First District, Third Division.

May 2, 1956.

Released for publication June 14, 1956.

John Gutknecht, State's Attorney of Cook county, for defendant in error; Irwin D. Bloch, John T. Gallagher, Rudolph L. Janega, William L. Carlin, and Lawrence Genesen, Assistant State's Attorneys, of counsel; J. Edward Brown, for plaintiff in error. Opinion by JUDGE KILEY. Not to be published in full.